

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2013

No. 04-13-00195-CR

Mattie Leora **BROWN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 361734
Honorable Jason Wolff, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is DISMISSED.

It is so **ORDERED** on May 15, 2013.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2013.

_____
Keith E. Hottle, Clerk